UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES E. COHAN,<br><br>    Plaintiff,<br><br>v.<br><br>JUDGE BROWN, LAS VEGAS MUNICIPAL COURT, et al.,<br><br>    Defendants. | Case No. 2:20-cv-01187-RFB-EJY<br><br>**ORDER** |

Plaintiff, proceeding *pro se*, filed a proposed complaint with the Clerk of Court in an attempt to commence a civil action in this Court. ECF No. 1-1.  However, Plaintiff neither paid the $400 filing fee for this matter nor filed an application to proceed *in forma pauperis*, which he must do pursuant to 28 U.S.C. § 1915(a)(1) and the U.S. District Court for the District of Nevada Local Rule LSR 1-1 if he wishes to proceed without paying the mandatory filing fee. Local Rule LSR 1-1 states: "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*.  The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities."

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **December 15, 2021**, Plaintiff shall either: (1) file a complete application to proceed *in forma pauperis*, on the correct form, in compliance with 28 U.S.C. § 1915(a) and LSR 1-1; or (2) pay the $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that failure to comply with this Order may result in a recommendation to dismiss this action without prejudice.

1

1   IT IS FURTHER ORDERED that the Clerk of Court shall retain, but not file Plaintiff's
2   proposed complaint. ECF No. 1-1.
3   Dated this 15th day of November, 2021.
4
5
6   _____
    ELAYNA J. YOUCHAH
    UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28