UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES E. COHAN,<br><br>                    Plaintiff,<br><br>      v.<br><br>JUDGE BROWN, LAS VEGAS MUNICIPAL COURT, *et al.*,<br><br>                    Defendants. | Case No. 2:20-cv-01187-RFB-EJY<br><br>**<u>ORDER</u>** |

Before the Court for consideration is the Report and Recommendation [ECF No. 5] of the Honorable Elayna J. Youchah, United States Magistrate Judge, entered March 28, 2022.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by April 11, 2022.  No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1    **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 5] is
2    ACCEPTED and ADOPTED in full.
3    **IT IS FURTHER ORDERED** that this matter is dismissed without prejudice for failure
4    to comply with the Court's November 15, 2021 Order.

DATED: May 6, 2022.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**